# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00102-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.   ADRIAN BRANDON MOYA,

   Defendant.

## INDICTMENT
**Title 18, United States Code, Section 111(a)(1) and (b)**
**Title 18, United States Code, Section 13;**
**Colorado Revised Statutes, Section 18-9-116.5**

The Grand Jury charges:

### Count 1

On or about January 18, 2012, in the State and District of Colorado, the Defendant, ADRIAN BRANDON MOYA did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, that is, Donald Werkmeister, while the victim was assisting federal officers and employees in the performance of their official duties; and the Defendant committed such acts with a deadly and dangerous weapon: to wit, a motor vehicle..

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

**Count 2**

On or about January 18, 2012, in the State and District of Colorado, the Defendant, ADRIAN BRANDON MOYA did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, that is, Erica Krause, while that officer was engaged in the performance of her official duties; and the Defendant committed such acts with a deadly and dangerous weapon: to wit, a motor vehicle.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

**Count 3**

On or about January 18, 2012, in the State and District of Colorado, the Defendant, ADRIAN BRANDON MOYA, while operating a motor vehicle, knowingly eluded and attempted to elude a peace officer who was also operating a motor vehicle, while the Defendant knew or reasonably should have known that he was being pursued by a peace officer.

In violation of Title 18, United States Code, Section 13; and Colorado Revised Statutes, Section 18-9-116.5.

A TRUE BILL

<u>Ink signature on file in the Clerk's Office</u>
FOREPERSON

JOHN F. WALSH
United States Attorney


s/ Hayley Reynolds
Hayley Reynolds
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0332
Telecopier: (303) 454-0403
E-mail: hayley.reynolds@usdoj.gov