DEFENDANT   ADRIAN BRANDON MOYA

YEAR OF BIRTH:  1992

ADDRESS:   In custody, Arapahoe County

COMPLAINT FILED? _____ YES __X__ NO

  IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?

OFFENSE:   **Count 1**:  Title 18 U.S.C. § 111(a)(1) and (b) Forcibly Assaulting, Impeding, Intimidating, etc. a Federal Officer with a Deadly Weapon

      **Count 2**:  Title 18 U.S.C. § 111(a)(1) and (b) Forcibly Assaulting, Impeding, Intimidating, etc. a Federal Officer with a Deadly Weapon

      **Count 3**: Title 18 U.S.C. § 13; C.R.S. §18-9-116.5 Vehicular Eluding

LOCATION OF OFFENSE:   Arapahoe County, Colorado

PENALTY:   **Count 1**: NMT 20 years imprisonment, up to a $250,000 fine or both, NMT 3 years supervised release, and a $100 special assessment fee.

      **Count 2**: NMT 20 years imprisonment, up to a $250,000 fine or both, NMT 3 years supervised release, and a $100 special assessment fee

      **Count 3**: NLT one year imprisonment, NMT three years' imprisonment, NLT $1,000 NMT $100,000, NMT 1 year supervised release, and a $25 special assessment fee.

AGENT:   MSgt Areniego, Buckley AFB

AUTHORIZED BY: Hayley Reynolds, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

                       X   five days or less         over five days         other

THE GOVERNMENT:

                       X   will seek detention in this case
                          will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:               Yes     X     No